William **S. JACK v. THOMPSON–STARRETT COMPANY, Inc.**
No. 7441.

Circuit Court of Appeals, Sixth Circuit.
June 30, 1936.

Carl F. Shuler, of Cleveland, Ohio, for appellant.

PER CURIAM.
Docketed and dismissed on motion of appellant.

Henry **JULIEN v. FIRST WAYNE NATIONAL BANK OF DETROIT and C. O. Thomas, Receiver of First Wayne National Bank of Detroit.**
No. 7417.

Circuit Court of Appeals, Sixth Circuit.
June 1, 1936.

Frank C. Cook and Irwin Friedman, both of Detroit, Mich., for appellant.

Robert S. Marx, of Cincinnati, Ohio, for appellees.

PER CURIAM.
Docketed and dismissed pursuant to stipulation.

Giles **KAVANAGH, Individually and as Collector of Internal Revenue for Collection District of Michigan v. G. M. PEET PACKING COMPANY.**
No. 7278.

Circuit Court of Appeals, Sixth Circuit
Feb. 5, 1936.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich., for appellant.

Clark, Klein, Ferris & Cook, of Detroit, Mich., for appellee.

PER CURIAM.
Dismissed pursuant to stipulation of counsel.

Norman **George LENNEN or Lenneen, alias George Richards, alias George Bowman, v. UNITED STATES of America.**
No. 7239.

Circuit Court of Appeals, Sixth Circuit.
April 17, 1936.

Vincent F. McAuliffe, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich.

Before MOORMAN, HICKS, and ALLEN, Circuit Judges.

PER CURIAM.
The order of the District Court dismissing the petition of appellant and remanding him to the custody of the immigration authorities is affirmed.

Elmer **LASSITER v. UNITED STATES of America.**
No. 7336.

Circuit Court of Appeals, Sixth Circuit.
Feb. 5, 1936.

A. V. McLane, of Nashville, Tenn., for appellant.

Horace Frierson, Jr., U. S. Atty., of Nashville, Tenn.

PER CURIAM.
Docketed and dismissed on court's own motion.